**ALBERT Y. DAYAN**     80-02 Kew Gardens Rd.,# 902, Kew Gardens, N.Y. 11415

Attorney at Law          Tel: (718) 268-9400:     Fax: (718) 268-9404

April 18, 2016

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:    United States v. Vintila, et al.
       14-cr-799 (RA)

Dear Judge Abrams:

I respectfully submit this letter on behalf of Virgil Flaviu Georgescu, a defendant in the above-captioned case.

Your Honor, the Government filed a thirty-four page Limine Motion and a forty-seven page Request to Charge document on Thursday, April 14, 2016. The defense response Motion is due for submission on Thursday, April 21, 2016 . I am respectfully requesting additional time to Tuesday, April 26, 2016 to file defendant's motion.

Because of the upcoming observances of the Jewish Holidays, Your Honor, I am kindly asking for this extension of time. I spoke to the Government who takes no position in this request.

Thank you Your Honor.

Respectfully submitted,

Albert Y. Dayan
Attorney at Law

cc.    AUSA Ilan Graff
       AUSA Andrea L. Surratt
       Assistant U.S. Attorneys