RECEIVED
SEP 25 2017
CHAMBERS OF
ALVIN K HELLERSTEIN
U.S.D.J.

SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/26/17

Alessandra DeBlasio
Attorney At Law
299 Broadway, Suite 1803
New York, NY 10007
Tel: (212) 321-7084
Fax: (973) 689-2765
ad@adeblasiolaw.com

September 25, 2017

*Leave to obtain a copy is granted.*
*9-26-17*
*[signature]*

By Facsimile: 212-805-7942
The Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: **United States v. Massimo Romagnoli**
    **14-Cr-799 (AKH)**

Dear Judge Hellerstein,

I write this letter to Your Honor to request a copy of the final judgment in the above-captioned case on behalf of my client Massimo Romagnoli. On September 8, 2017, this Court re-sentenced Mr. Romagnoli to a time-served sentence and while the hearing itself was under seal, the fact of the re-sentencing and the time-served sentence appeared on the public docket. Mr. Romagnoli, who returned to Italy the evening of September 8, now needs a copy of the judgment to file with Italian authorities, who believe that he should still be in prison in the United States.

If the judgment is not under seal, I would be grateful for a copy to forward to Mr. Romagnoli. If it is under seal, I would be grateful if the U.S. Attorney's Office might advise Italian authorities that Mr. Romagnoli has completed his prison sentence.

Respectfully,

Alessandra DeBlasio
Co-Counsel for Massimo Romagnoli

cc: AUSA Ilan Graff, by e-mail
    Co-Counsel Mark De Marco, by e-mail